Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re | No. 2: 16-01803-SHG |
|---|---|
| STARSHINE ACADEMY, | CHAPTER 11 |
| Debtor. | NOTICE OF FILING SCHEDULES D, E AND F |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein provides notice of the filing of Schedules D, E and F. Attached as Exhibit A are such Schedules D, E and F.

RESPECTFULLY SUBMITTED this 14th day of March, 2016.

CARMICHAEL & POWELL, P.C.

By /s/ Donald W. Powell
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtor

COPY of the foregoing sent electronically this
14th day of March, 2016, to:

Jennifer A. Giaimo
United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Jennifer.A.Giaimo@usdoj.gov

/s/ signature

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777

**EXHIBIT A**

**Fill in this information to identify the case:**

Debtor name: STARSHINE ACADEMY

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | The Industrial Development Authority of<br>Creditor's Name<br><br>the County of Pima, c/o Russo, Russo & Slania, PC, 6700 N. Oracle Road, Ste. 100<br>Tucson, AZ 85704<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Real property and personal property at 3535 E. McDowell Road, Phoenix, AZ**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,700,000.00 | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $12,700,000

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BOKF, N.A. dba Bank of Arizona<br>c/o Brenda Black<br>301 E. Camelback Road<br>Phoenix, AZ 85016 | Line **2.1** | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,000.00 | $70,000.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**State of Arizona**<br>**Dept. of Revenue**<br>**1600 W. Monroe**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 | $10,000.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**3 Oaks Resource Group International**<br>P.O. Box 565492<br>Pinecrest, FL 33256 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,807.73 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Furniture**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ADE**<br>Attention: Stephanie L. Long<br>1535 W. Jefferson, Bin 41<br>Phoenix, AZ 85007 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,680.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Seminars**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Andy Klunk**<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Apex Learning**<br>1215 Fourth Avenue, Ste 1500<br>Seattle, WA 98161 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,562.50 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Online Education**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Arizona Charter Schools Assoc.**<br>7500 N. Dreamy Draw Dr., Ste. 220<br>Phoenix, AZ 85020 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,634.50 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Dues**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Arizona State Retirement System**<br>3300 N. Central Avenue<br>Phoenix, AZ 85012 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Retirement**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Arizona West Valley Catering**<br>9299 W. Olive Ave., Ste. 113<br>Peoria, AZ 85345 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,097.92 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **School Lunches**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Assessment Technology<br>6700 E. Speedway Blvd.<br>Tucson, AZ 85710 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Testing**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | Nonpriority creditor's name and mailing address<br>ASU SKYSONG<br>Attention: Accounting<br>1475 N. Scottsdale Rd., Ste. 200<br>Scottsdale, AZ 85257 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Commercial Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | Nonpriority creditor's name and mailing address<br>AZ AEC<br>Arizona Alternative Education Consortium<br>4744 W. Grovers<br>Glendale, AZ 85308 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | Nonpriority creditor's name and mailing address<br>Backbone Communications<br>5025 N. Central Avenue, #422<br>Phoenix, AZ 85012 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,547.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Online Education**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | Nonpriority creditor's name and mailing address<br>Baisz<br>4825 E. Roosevelt St.<br>Phoenix, AZ 85008 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $468.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **School Bus Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | Nonpriority creditor's name and mailing address<br>Berridge Nurseries<br>4647 E. Camelback Road<br>Phoenix, AZ 85018 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.19 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Product**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | Nonpriority creditor's name and mailing address<br>BlueTek<br>3229 E. Washington<br>Phoenix, AZ 85034 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56.86 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Printing**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>**CAA**<br>2909 N. 113th Lane<br>Avondale, AZ 85392 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,720.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Capitol Litho Printing**<br>2301 North 16th Street<br>Phoenix, AZ 85006 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $444.03 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Printing**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.17 | Nonpriority creditor's name and mailing address<br>**Center for Education Law**<br>P.O. Box 3008<br>Malvern, PA 19355 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253.95 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Text Books**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Center for Teaching & Learning**<br>119 Cross Point Road<br>Edgecomb, ME 04556 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $212.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Seminars**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | Nonpriority creditor's name and mailing address<br>**City of Mesa**<br>P.O. Box 1466<br>Mesa, AZ 85211 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $508.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Field Trip**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | Nonpriority creditor's name and mailing address<br>**City of Phoenix**<br>251 West Washington St., 3rd Floor<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,042.50 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Bus passes**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Collett's**<br>5212 W. Camelback Road<br>Glendale, AZ 85301 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,774.46 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Uniforms**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address<br>**Compass Security LLC**<br>3941 E. Chandler Blvd, Ste. 106#169<br>Phoenix, AZ 85048 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Security**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address<br>**Cox Communications**<br>P.O Box 78071<br>Phoenix, AZ 85062 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,499.39 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Utility**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address<br>**Creighton Transportation**<br>Transportation Dept.<br>2802 E. McDowell Road<br>Phoenix, AZ 85008 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $137.30 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Bus Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address<br>**Crystal Price**<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address<br>**Dan Ciskal**<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address<br>**Davitta Hernandez**<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address<br>**Developmental Studies Center**<br>1250 53rd Street, Ste. 3<br>Emeryville, CA 94608 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,662.20 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Seminars**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

| 3.29 | Nonpriority creditor's name and mailing address<br>**Divine Transportation in Phoenix**<br>1243 S. 7th Street<br>Phoenix, AZ 85034 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Transportation**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address<br>**Easy Grammer Systems**<br>P.O. Box 25970<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $326.45 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Learning System**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address<br>**Edmentum**<br>5600 West 83rd Steet<br>Suite 300, 8200 Tower<br>Bloomington, MN 55437 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,950.24 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Testing**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address<br>**EMP Management**<br>20701 N. Scottsdale Rd., #107-233<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Event Planning**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address<br>**Event Smart**<br>7511 W. Kimberly Way<br>Glendale, AZ 85308 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,875.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Lighting**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address<br>**FearlessFlight Inc.**<br>3116 S. Mill Avenue, Ste. 173<br>Tempe, AZ 85282 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $758.86 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Testing**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address<br>**Food Service Warehouse**<br>84 Inverness Circle East<br>Englewood, CO 80112 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,133.58 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address<br>Genesis I; 1 Services<br>3025 Yale St.<br>Phoenix, AZ 85008 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,310.66 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Janitorial__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address<br>GroupCast LLC<br>718 University Avenue<br>Los Gatos, CA 95032 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $795.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Online System__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address<br>H J Trophies & Awards Inc.<br>3414 E. Thomas Road<br>Phoenix, AZ 85018 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $393.90 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trophies__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address<br>Healthnet Life Ins. Co.<br>P.O. Box 70061<br>Los Angeles, CA 90074 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,636.36 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Insurance__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address<br>Holcomb & Shreeve, P.C.<br>3050 E. Irwin Avenue<br>Mesa, AZ 85204 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,875.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Accounting__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address<br>Integrated Education Services<br>21639 N. 12th Avenue, #204<br>Phoenix, AZ 85027 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Cirriculum__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address<br>Janet Rogers<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Judgment__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address<br>JC Printing<br>4029 N. 32nd Street<br>Phoenix, AZ 85018 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $487.95 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Printing**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.44 | Nonpriority creditor's name and mailing address<br>John Wiley & Sons Inc.<br>740 Walt Whitman Road<br>Melville, NY 11747 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $352.14 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Text Books**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.45 | Nonpriority creditor's name and mailing address<br>Kansas State Bank<br>P.O. Box 69<br>Manhattan, KS 66505 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Lease of Tablets**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.46 | Nonpriority creditor's name and mailing address<br>KB Property Maintenance LLC<br>5903 W. Michigan Avenue<br>Glendale, AZ 85308 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Janitorial**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.47 | Nonpriority creditor's name and mailing address<br>Laura Nagle<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.48 | Nonpriority creditor's name and mailing address<br>Learning A to Z<br>1840 East River Road, #320<br>Tucson, AZ 85718 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $545.04 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Cirriculum**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.49 | Nonpriority creditor's name and mailing address<br>Learning Solutions Inc.<br>15434 N. 180th Ct.<br>Surprise, AZ 85388 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Special Education Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

### 3.50 Nonpriority creditor's name and mailing address
Leonidas G. Condos, P.C.
1820 E. Ray Road
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$30,342.00**

---

### 3.51 Nonpriority creditor's name and mailing address
Linda Harold
P.O. Box 4182
Scottsdale, AZ 85261

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

### 3.52 Nonpriority creditor's name and mailing address
Maria Murillo
c/o Nicholas Enoch
349 N. 4th Avenue
Phoenix, AZ 85003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.53 Nonpriority creditor's name and mailing address
Maricopa County Education Service Agency
4041 N. Central Avenue, #1200
Phoenix, AZ 85012

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Seminars**

Is the claim subject to offset? ■ No ☐ Yes

**$4,435.00**

---

### 3.54 Nonpriority creditor's name and mailing address
Mariposa Landscaping Arizona Inc.
15529 Arrow Highway
Irwindale, CA 91706

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landscaping**

Is the claim subject to offset? ■ No ☐ Yes

**$16,711.49**

---

### 3.55 Nonpriority creditor's name and mailing address
MAS Educational Services, LLC
6438 W. Cavedale Dr.
Phoenix, AZ 85083

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

### 3.56 Nonpriority creditor's name and mailing address
Math-U-See Inc.
P.O. Box 8888
Lancaster, PA 17604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Education Program**

Is the claim subject to offset? ■ No ☐ Yes

**$14,379.22**

---

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

| 3.57 | Nonpriority creditor's name and mailing address<br>**Maverick Education**<br>4725 East Charleston Avenue<br>Phoenix, AZ 85032 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,480.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Consultant**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.58 | Nonpriority creditor's name and mailing address<br>**MediaNet Solutions Inc.**<br>P.O. Box 10715<br>Glendale, AZ 85318 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,195.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.59 | Nonpriority creditor's name and mailing address<br>**Newsletter Pro**<br>9941 W. Emerald St.<br>Boise, ID 83704 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,571.48 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Printing**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.60 | Nonpriority creditor's name and mailing address<br>**Observe4success**<br>1911 Tyrone Blvd.<br>Saint Petersburg, FL 33710 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,800.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Online Evaluations**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.61 | Nonpriority creditor's name and mailing address<br>**OTIS**<br>1 Farm Springs Road<br>Farmington, CT 06032 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $635.84 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Warranty**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.62 | Nonpriority creditor's name and mailing address<br>**Pacific Office Automation**<br>1305 W. 1st Street<br>Tempe, AZ 85281 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lease of Copier**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.63 | Nonpriority creditor's name and mailing address<br>**Patricia Smith**<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  STARSHINE ACADEMY                                Case number (if known)
        Name

| 3.64 | Nonpriority creditor's name and mailing address<br>Pearson Education<br>P.O. Box 409496<br>Atlanta, GA 30384<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Cirriculum**<br>Is the claim subject to offset? ■ No ☐ Yes | $300.00 |
|---|---|---|
| 3.65 | Nonpriority creditor's name and mailing address<br>Phoenix Business Journal<br>101 North First Avenue, Ste. 2300<br>Phoenix, AZ 85003<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,100.00 |
| 3.66 | Nonpriority creditor's name and mailing address<br>Phoenix Chamber of Commerce<br>201 North Central Ave., 27th Floor<br>Phoenix, AZ 85004<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Dues**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,600.00 |
| 3.67 | Nonpriority creditor's name and mailing address<br>Release The Fear inc.<br>P.O. Box 3815<br>Phoenix, AZ 85030<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $850.00 |
| 3.68 | Nonpriority creditor's name and mailing address<br>Renaissance Learning<br>P.O. Box 8036<br>Wisconsin Rapids, WI 54495<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Educational Program**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,688.39 |
| 3.69 | Nonpriority creditor's name and mailing address<br>Rene Hecht<br>c/o Nicholas Enoch<br>349 N. 4th Avenue<br>Phoenix, AZ 85004<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.70 | Nonpriority creditor's name and mailing address<br>School Pointe<br>(formerly Index Blue)<br>3248 West Henderson Rd.<br>Columbus, OH 43220<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Website**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,650.00 |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

| 3.71 | Nonpriority creditor's name and mailing address<br>Secure Care Dental<br>P.O. Box 29697<br>Phoenix, AZ 85038 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $638.05 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.72 | Nonpriority creditor's name and mailing address<br>Serious Planning for Ed. Dev.<br>P.O. Box 72205<br>Phoenix, AZ 85050 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,600.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Consultant**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.73 | Nonpriority creditor's name and mailing address<br>SHI<br>290 Davidson Avenue<br>Somerset, NJ 08873 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,634.01 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Educational**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.74 | Nonpriority creditor's name and mailing address<br>Shindler Elevator Corporation<br>8270 S. Kyrene Rd., Ste. 110<br>Tempe, AZ 85284 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,846.32 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.75 | Nonpriority creditor's name and mailing address<br>Signal One<br>6100 Sout Maple Avenue, Ste 118<br>Tempe, AZ 85283 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $645.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Alarm**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.76 | Nonpriority creditor's name and mailing address<br>Solution Tree<br>555 North Morton Street<br>Bloomington, IN 47404 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,596.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Seminars**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.77 | Nonpriority creditor's name and mailing address<br>Staples<br>Dept LA 1368<br>P.O. Box 83689<br>Chicago, IL 60696 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,972.39 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Office Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|

| 3.78 | Nonpriority creditor's name and mailing address<br>**Steps**<br>**131 E. Secretariat Dr.**<br>**Tempe, AZ 85284**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Special Education Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,950.00** |
|---|---|---|---|
| 3.79 | Nonpriority creditor's name and mailing address<br>**Tammilyn Gee**<br>**8935 W. Ocotillo**<br>**Glendale, AZ 85305**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,235.00** |
| 3.80 | Nonpriority creditor's name and mailing address<br>**Teacher-Teachers.com**<br>**120 S. Central Avenue, Ste. 1000**<br>**Saint Louis, MO 63105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Product**<br>Is the claim subject to offset? ■ No ☐ Yes | **$950.00** |
| 3.81 | Nonpriority creditor's name and mailing address<br>**Travelers**<br>**Travelers CL Remittance Center**<br>**P.O. Box 660317**<br>**Dallas, TX 75266**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,061.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 80,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 330,479.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 410,479.90 |